IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 24-cv-01537-CNS-STV | Date: November 22, 2024 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| MAURICE COLLINS WEST<br>REBECCA WEST<br>**Plaintiffs** | *Yvonne Sell* |
| v. | |
| GATES ENTERPRISES LLC<br>UNDERHILL LAW PC<br>**Defendants** | *Colin Moriarty* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 10:31 a.m.

Appearance of counsel.

Argument as to [8] Plaintiffs' Motion to Stay Arbitration and [10] Motion to Dismiss given by Mr. Moriarty and Ms. Sell with questions from the Court.

As outlined on the record, it is

**ORDERED:** **[8] Plaintiffs' Motion to Stay Arbitration is DENIED.**

**[10] Motion to Dismiss is DENIED without prejudice pending arbitration.**

**Request for sanctions, fees, and/or costs is DENIED.**

**Case is stayed and administratively closed pending a motion from the parties to reopen the case.**

Court in Recess: 11:30 a.m.        Hearing concluded.        Total time in Court: 00:59